UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CR00134 SNL (AGF) |
| | ) | |
| BRIAN PHILLIPS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the motion of Defendant (Doc. No. 26) to continue the competency hearing. The competency hearing had previously been continued to permit Defendant to obtain a private examination by Dr. Michael Armour, but Defendant soon thereafter determined it was necessary to obtain a neuropsychologist. Having arranged such an evaluation on July 13, 2006, by Dr. Timothy Leonburger, Defendant requests until August 22, 2006, to submit the evaluation report. For good cause shown,

**IT IS HEREBY ORDERED** that Defendant shall have until **Tuesday, August 22, 2006**, to submit the evaluation report by Dr. Timothy Leonburger, which report shall be provided by Defendant to the government and filed under seal.

**IT IS FURTHER ORDERED** that within ten (10) calendar days of the receipt of the report by government's counsel, the parties shall file a status report advising the Court (1) whether any further evaluation is requested by either party, and if so, the time requested for such

evaluation, and (2) of the date by which the parties will be prepared to proceed with a competency hearing.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 27th day of June, 2006.